**EXIGENT TECHNOLOGY, INC. Plaintiff–Appellant,**

v.

**ATRANA SOLUTIONS, INC., Defendant–Appellee.**

**No. 2006–1206.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before GAJARSA, Circuit Judge, LINN, and PROST, Circuit Judges.

sachusetts, sitting by designation.

Judgment

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.